UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                                      **ORDER**
    v.                                14-CR-207-A

ERIC CUSIMANO,

            Defendant.
_____

      The defendant, Eric Cusimano, has filed a *pro se* motion pursuant to Fed. R. Crim. P. 32.1 and 18 U.S.C. § 3583(e)(1) for early termination of a three-year term of supervised release.  Defendant Cusimano has served approximately two and one-half years of that three-year term, and the United States Probation Office and the United States Attorney's Office agree with the defendant that further supervised release is unnecessary to achieve the purposes of supervision.

      Having considered all the relevant statutory purposes of supervised release at 18 U.S.C. § 3553, *see* § 3583(e), the Court agrees.  Defendant Cusimano's motion for early termination, Dkt. No. 82, is therefore granted and his term of supervision is hereby discharged.

      **IT IS SO ORDERED.**

                                           *s/Richard J. Arcara*
                                  HONORABLE RICHARD J. ARCARA
                                  UNITED STATES DISTRICT COURT

Dated:  April 20, 2020